JS-6

| | |
|---|---|
| 1 | **BONONI LAW GROUP, LLP** |
| 2 | Michael J. Bononi (State Bar No. 130663)<br>mbononi@bononilawgroup.com |
| 3 | Christy W. Granieri (State Bar No. 266392)<br>cgranieri@bononilawgroup.com |
| 4 | Andrew J. Malatesta (State Bar No. 286344)<br>amalatesta@bononilawgroup.com |
| 5 | 301 North Lake Avenue, Suite 820<br>Pasadena, California 91101 |
| 6 | Telephone:  (213) 553-9200<br>Facsimile:   (213) 553-9215 |
| 7 | Attorney for Plaintiff |
| 8 | Miguel Angel Garcia |
| 9 | **OGLETREE, DEAKINS, NASH,**<br>**SMOAK & STEWART, P.C.** |
| 10 | Michael J. Sexton (State Bar No. 153435)<br>Michael.sexton@ogletreedeakins.com |
| 11 | Thomas B. Song (State Bar No. 271907)<br>Thomas.song@ogletreedeakins.com |
| 12 | Park Tower, Suite 1500<br>695 Town Center Drive |
| 13 | Costa Mesa, CA 92626<br>Telephone:  (714)800-7900<br>Facsimile:   (714)754-1298 |
| 14 | |
| 15 | Attorneys for Defendant<br>Home Depot, U.S.A., Inc. |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – CENTRAL DIVISION

| | |
|---|---|
| MIGUEL ANGEL GARCIA, an individual, | **Case No.  CV 15-9862-GW(FFMx)** |
| Plaintiff, | **ORDER TO DISMISS LAWSUIT WITH PREJUDICE** |
| v. | **[FED.R.CIV.PROC.41(a)]** |
| HOME DEPOT U.S.A. INC., a Delaware Corporation, and  DOES 1 through 50, inclusive, | Complaint Filed:   November 18, 2015<br>Removed:              December 28, 2015<br>Trial Date:             December 20, 2016 |
| Defendants. | Complaint Filed:   November 18, 2015<br>Removed:              December 28, 2015<br>Trial Date:             December 20, 2016 |

**[PROPOSED] ORDER TO DISMISS LAWSUIT WITH PREJUDICE**

BONONI LAW GROUP, LLP

Based on the Parties' Stipulation to Dismiss Lawsuit with Prejudice, the Court Orders as follows:

1. The lawsuit is hereby dismissed with prejudice, with each party to bear his or its own attorneys' fees and costs associated with the prosecution and defense of this action.

IT IS SO ORDERED.

Dated: July 1, 2016                    _____
                                       George H. Wu
                                       United States District Judge

**[PROPOSED] ORDER TO DISMISS LAWSUIT WITH PREJUDICE**

1                                                                    BONONI LAW GROUP, LLP